```
Case 2:24-cv-00246-DAD-CSK   Document 31   Filed 07/01/24   Page 1 of 2
```

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN, | No. 2:24-cv-00246-DAD-CSK (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| HOUSE OF REPRESENTATIVES, et al., | |
| Defendant. | (Doc. Nos. 15, 16, 26, 28) |

Plaintiff Gregory Scott Van Huisen is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's second application to proceed *in forma pauperis* (Doc. No. 15) be denied as unnecessary and that this action be dismissed. (Doc. No. 16 at 3.) Specifically, the magistrate judge concluded that plaintiff's second amended complaint "is incomprehensible, lacks substance, and fails to allege a potentially cognizable claim for violation of plaintiff's constitutional rights by defendant Johnson." (*Id.* at 3.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

4.) Plaintiff filed his objections on February 15, 2024. (Doc. No. 17.) These objections were similarly incomprehensible. (*Id.*)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.[1]

Accordingly:

1. The findings and recommendations issued on February 9, 2024 (Doc. No. 16) are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 15) is denied as moot;
3. Plaintiff's second amended complaint (Doc. No. 13) is dismissed without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 29, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff subsequently filed a "demand for trial" on April 11, 2024 (Doc. No. 26) and a "motion for review of affidavit and admission of a copy of primary supporting evidence" (Doc. No. 28). Neither filing was comprehensible. Both motions (Doc. Nos. 26, 28) are hereby denied.

2