UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN, | No. 2:24-cv-00246-DAD-CSK (PC) |
| Plaintiff, | |
| v. | ORDER FINDING APPEAL FRIVOLOUS AND REVOKING IN FORMA PAUPERIS STATUS |
| HOUSE OF REPRESENTATIVES, et al., | |
| Defendants. | (Doc. No. 36) |

This action proceeded by way of a second amended complaint ("SAC") filed by plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, on February 5, 2024. (Doc No. 13.) On February 9, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's SAC be dismissed without leave to amend because it failed to state a cognizable claim and was indeed incomprehensible. (Doc No. 16.) These findings and recommendations were adopted by the undersigned on June 29, 2024, and the SAC was dismissed, and this case was closed. (Doc. No. 31.)

Plaintiff subsequently appealed the dismissal order and filed a notice of appeal on July 17, 2024. (Doc. No. 33.) On July 22, 2024, the Ninth Circuit Court of Appeals referred the matter back to this court for a determination as to whether *in forma pauperis* status should continue on appeal or whether the appeal was frivolous or taken in bad faith. (Doc No. 36.)

/////

1

    "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3).  "The test for allowing an appeal *in forma pauperis* is easily met . . . [t]he good faith requirement is satisfied if the appellant seeks review of any issue that is 'not frivolous.'"  *Gardner v. Pogue*, 558 F.2d 548, 550–51 (9th Cir. 1977) (quoting *Coppedge v. United States*, 369 U.S. 438, 445 (1962)); *see also Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (holding that if at least one issue or claim is non-frivolous, the appeal must proceed *in forma pauperis* as a whole).  An action is frivolous "where it lacks an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 325, (1989).  In other words, the term "frivolous", as used in § 1915 and when applied to a complaint, "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation."  *Id*.

    As detailed by the magistrate judge in the February 9, 2024 findings and recommendations and subsequently adopted by the undersigned, plaintiff's SAC was indecipherable, lacked substance, and purportedly asserted incomprehensible claims against the Speaker of the U.S. House of Representatives.  (*See* Doc. Nos. 16, 31.)  Plaintiff's appeal of the court's order dismissing his SAC is clearly frivolous.  In sum, there is no basis in fact or in law for plaintiff's appeal.

    Thus, the court concludes that his appeal is frivolous and not taken in good faith.  Accordingly, plaintiff's *in forma pauperis* status is revoked.  The Clerk of the Court is directed to serve a copy of this order on plaintiff, as well as the Ninth Circuit Court of Appeals.

    IT IS SO ORDERED.

Dated:  **July 25, 2024**

                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE